| | | |
|---|---|---|
| People v Graves | App Div, 2d Dept: 2015 NY Slip Op 91972(U) (Kings) | denied reconsideration 9/6/16 (Stein, J.) |
| People v Green (Avery) | App Div, 2d Dept: 2016 NY Slip Op 77878(U) (Dutchess) | dismissed 9/21/16 (DiFiore, Ch. J.) |
| People v Green (Bryant) | 1st Dept: 140 AD3d 616 (NY) | denied 9/8/16 (Stein, J.) |
| People v Green (Maurice) | County Ct, 6/30/16 (Erie) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Hand | 1st Dept: 140 AD3d 636 (NY) | denied 9/26/16 (Fahey, J.) |
| People v Harleston | 1st Dept: 139 AD3d 412 (NY) | denied 9/12/16 (Stein, J.) |
| People v Harris | 4th Dept: 141 AD3d 1121 (Monroe) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Hernandez | 3d Dept: 140 AD3d 1521 (Sullivan) | denied 9/6/16 (Rivera, J.) |
| People v Herrera | 2d Dept: 138 AD3d 1141 (Orange) | denied 9/12/16 (Stein, J.) |
| People v Heywood | 1st Dept: 138 AD3d 607 (Bronx) | denied 9/12/16 (Stein, J.) |
| People v Hill | 2d Dept: 141 AD3d 675 (Kings) | denied 9/6/16 (Stein, J.) |
| People v Hixon | 4th Dept: 138 AD3d 1496 (Niagara) | denied 9/6/16 (Stein, J.) |
| People v Jennings | 4th Dept: 140 AD3d 1705 (Monroe) | denied 9/6/16 (Stein, J.) |
| People v Johnston | 4th Dept: 138 AD3d 1417 (Ontario) | denied 9/20/16 (Garcia, J.) |
| People v Jones (Harold) | 1st Dept: 140 AD3d 541 (NY) | denied 9/26/16 (Fahey, J.) |
| People v Jones (Jamie) | App Div, 1st Dept: 2015 NY Slip Op 62546(U) (NY) | denied 9/21/16 (Garcia, J.) |
| People v Jones (Lamont) | App Div, 1st Dept: 2015 NY Slip Op 62546(U) (NY) | denied 9/21/16 (Garcia, J.) |
| People v Jones (Vernon) | App Div, 3d Dept: 2016 NY Slip Op 74760(U) (Rensselaer) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Kaye | 2d Dept: 137 AD3d 938 (Kings) | denied 9/19/16 (Stein, J.) |
| People v Kiselyov | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 140(A) (Kings) | denied 9/29/16 (DiFiore, Ch. J.) |
| People v Koiki | 2d Dept: 140 AD3d 980 (Kings) | denied 9/26/16 (Fahey, J.) |
| People v Lifrieri | App Div, 2d Dept: 2016 NY Slip Op 74299(U) (Kings) | dismissed 9/2/16 (Fahey, J.) |
| People v Ligammari | 4th Dept: 140 AD3d 1631 (Monroe) | denied 9/30/16 (Abdus-Salaam, J.) |